

# United States Bankruptcy Court

Eastern District of California
Office of the Clerk

5/12/2020

Scott Shumaker
1214 F St.
Sacramento, CA 95814

Dear Scott Shumaker:

On 4/20/2020, an electronic notifications sent to you at sshumaker@jps.net via our e-Filing system was returned as undeliverable. As a result, we have deleted your e-mail address from our e-Filing system.

To ensure that you continue to receive electronic notifications in all open cases, please log in to our e-Filing system to update a current e-mail address.

If you are no longer actively representing clients in the Eastern District of California, please see Local Rule 2017-1 to determine which steps to take to be removed from your cases.

If you have any questions, please contact our help desk at 855-542-0992.

Sincerely,

Wayne Blackwelder
Clerk of Court